IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | No. C 08-00577 WHA (PR) |
|     Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT J. GARCIA** |
|     v. | |
| R. VALDIVIA, J. GARCIA, R. MCCOY, E. SALINAS, JOHN DOE, | |
|     Defendants. | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. The court issued an order of service, directing the United States Marshal to serve a summons and complaint on defendants.

Service has been ineffective on defendant J. Garcia. The court has been informed that there are "too many names" of correctional officers at the Wasco State Prison Reception Center that match the name "J. Garcia;" therefore, the summons was returned unexecuted on September 23, 2009.

As plaintiff is proceeding in forma pauperis, he is responsible for providing the court with current addresses for all defendants so that service can be accomplished. *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994); *Sellers v. United States*, 902 F.2d 598, 603 (7th Cir. 1990).

Pursuant to Federal Rule of Civil Procedure 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service. When advised of a problem accomplishing service, a pro se litigant proceeding in

forma pauperis must "attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service through no fault of his own, e.g., because plaintiff failed to provide sufficient information or because the defendant is not where plaintiff claims, and plaintiff is informed, plaintiff must seek to remedy the situation or face dismissal. *See Walker*, 14 F.3d at 1421-22 (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official or that he requested that official be served); *see also Del Raine v. Williford*, 32 F.3d 1024, 1029-31 (7th Cir. 1994) (prisoner failed to show good cause for failing to timely effect service on defendant because plaintiff did not provide marshal with copy of amended complaint until after more than 120 days after it was filed).

No later than thirty days from the date of this order, plaintiff must provide the court with the required information necessary to locate defendant Garcia, including defendant Garcia's full first name. Failure to do so shall result in the dismissal of all claims against defendant Garcia. If plaintiff provides the court with aforementioned required information, service shall again be attempted. If service fails a second time, all claims against defendant Garcia shall be dismissed.

**IT IS SO ORDERED.**

Dated:   November 3, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\WHA\E.D. CAL\MITCHELL0577.LOCATE-GARCIA.wpd

2