IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | No. C 08-00577 WHA (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| R. VALDIVIA, J. GARCIA, R. MCCOY, E. SALINAS, JOHN DOE, | |
| Defendants. / | |

Before the Court is defendants' renewed motion for summary judgment, which was filed on April 29, 2011. To date, plaintiff's opposition has not been filed, and it is overdue.

Defendants have also filed an opposition to plaintiff's motion to compel discovery. To date, plaintiff has not filed a reply to that opposition, thus, it too is overdue.

On May 23, 2011, plaintiff filed a notice of change of address, which indicates that he was transferred from California State Prison-Corcoran to Salinas Valley State Prison on May 16, 2011. Plaintiff did not indicate whether he received copies of defendants' renewed motion for summary judgment or their opposition to his motion to compel discovery. Accordingly, good cause appearing, the Court directs the Clerk of the Court to send plaintiff courtesy copies of these two documents, and GRANTS plaintiff an extension of time in which to respond to them.

IT IS HEREBY ORDERED that the Clerk shall send plaintiff courtesy copies of defendants' renewed motion for summary judgment (docket no. 51) and their opposition to his motion to compel discovery (docket no. 50).

Plaintiff's opposition to defendants' renewed motion for summary judgment and his reply to

their opposition to his motion to compel discovery shall be filed with the Court and served on defendants no later than thirty (30) days from the date of this order.

If defendants wish to file a reply brief to plaintiff's opposition to their renewed motion for summary judgment, they shall do so no later than fifteen (15) days after the date plaintiff's opposition is filed. The renewed motion for summary judgment shall be deemed submitted as of the date the reply brief is due.

No further extensions of time will be granted in this case absent exigent circumstances.

**IT IS SO ORDERED.**

Dated: June 9, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\WHA\E.D. CAL\MITCHELL-08-0577WHA\MITCHELL0577.GRANTcopies&GRANTeot.wpd