IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>R. VALDIVIA, J. GARCIA, R. MCCOY,<br>E. SALINAS, JOHN DOE,<br><br>    Defendants.<br>_____/ | No. C 08-00577 WHA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF THIS ACTION** |

Before the court is plaintiff's "Motion to Voluntarily Dismiss" (docket no. 57). In his motion dated August 22, 2011, plaintiff requests that the court "dismiss this civil action complaint against the defendant(s)." (Pl.'s Mot. at 1.) He claims that he is "obtaining a[n] attorney" and that he "will then refile this civil action complaint." (Id.)

In an order dated September 12, 2011, the court directed defendants to show cause why plaintiff's request for voluntary dismissal should not be granted.

Also on September 12, 2011, Defendants responded immediately and informed the court that they do not oppose plaintiff's request for voluntary dismissal.

Accordingly, the court GRANTS plaintiff's request for voluntary dismissal, and this action is DISMISSED without prejudice. The clerk of the court shall enter judgment, terminate all pending motions, and close the file.

This Order terminates Docket no. 57.

**IT IS SO ORDERED.**

Dated: September 26, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\WHA\E.D. CAL\MITCHELL-08-0577WHA\MITCHELL0577.grantVOLdism.wpd