IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>R. VALDIVIA, J. GARCIA, R. MCCOY,<br>E. SALINAS, JOHN DOE,<br><br>    Defendants.                      / | No. C 08-00577 WHA (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Request for Voluntary Dismissal of this Action, a judgment of DISMISSAL without prejudice is hereby entered. The clerk of the court shall close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\WHA\E.D. CAL\MITCHELL-08-0577WHA\MITCHELL0577.jud.wpd